IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| OMAHA CONSTRUCTION INDUSTRY HEALTH AND WELFARE PLAN, OMAHA CONSTRUCTION INDUSTRY PENSION PLAN, THE HEARTLAND REGIONAL COUNCIL OF CARPENTERS' AFFILIATE LOCAL UNION 444, and LOCAL UNION 1055 OF THE UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, | ) ) ) ) ) ) ) ) ) ) ) | CASE NO. 8:07CV346 |
| Plaintiffs, | ) ) | |
| V. | ) ) | ORDER |
| ALLIED CONSTRUCTION SERVICES, INC., | ) ) ) | |
| Defendant. | ) | |

Having considered the Plaintiffs' unopposed motion,

IT IS ORDERED:

1. Plaintiffs' Motion to Extend Time for Responding to Defendant's motion to dismiss or, alternatively, to stay proceedings and compel arbitration (Filing No. 18) is granted; and

2. Plaintiffs shall respond to the Defendant's motion on or before Friday, November, 30. 2007.

DATED this 21st day of November, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge