IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| OMAHA CONSTRUCTION INDUSTRY HEALTH & WELFARE PLAN; OMAHA CONSTRUCTION INDUSTRY PENSION PLAN; and, THE HEARTLAND REGIONAL COUNCIL OF CARPENTERS AFFILIATE LOCAL UNION 444 AND LOCAL UNION 1055 OF THE UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 8:07cv346<br><br><br><br><br><br>ORDER GRANTING MOTION TO STAY AND COMPELLING ARBITRATION |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| ALLIED CONSTRUCTION SERVICES, INC., | ) ) ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's Motion to Dismiss or, Alternatively, to Stay Proceedings and Compel Arbitration (Filing 14) and the Plaintiffs' agreement to stay the proceedings and submit the matter to arbitration (Filing 22). Based upon the reasons outlined in the Motion and the parties' agreement,

IT IS ORDERED:

1. The Motion to Dismiss or, Alternatively, to Stay Proceedings and Compel Arbitration (Filing No. 14) is granted as follows:

    a. The action is stayed pending completion of arbitration; and

    b. The parties shall submit the matter to an arbitrator or arbitrators pursuant to their agreement; and

2.   The parties shall electronically file written status reports concerning the arbitration's progress every 90 days beginning March 10, 2008, and continuing until all arbitration proceedings are completed.

Dated this 12th day of December, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge