IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| OMAHA CONSTRUCTION INDUSTRY HEALTH & WELFARE PLAN; OMAHA CONSTRUCTION INDUSTRY PENSION PLAN; and, THE HEARTLAND REGIONAL COUNCIL OF CARPENTERS AFFILIATE LOCAL UNION 444 AND LOCAL UNION 1055 OF THE UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, | ) ) ) ) ) ) ) ) ) ) | Case No. 8:07cv346 |
| Plaintiffs, | ) ) ) | **ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY (RACHEL K. ALEXANDER)** |
| v. | ) ) ) | |
| ALLIED CONSTRUCTION SERVICES, INC., | ) ) ) | |
| Defendant. | ) | |

THIS MATTER came before the Court on attorney Rachel K. Alexander's Motion to Withdraw as Attorney.  For good cause shown in the Motion, the Court determines the Motion should be and hereby is GRANTED.

IT IS THEREFORE ORDERED that Rachel K. Alexander is withdrawn as counsel of record for Defendant Allied Construction Services, Inc.

DATED July 9, 2008.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge