IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| OMAHA CONSTRUCTION INDUSTRY HEALTH & WELFARE PLAN, OMAHA CONSTRUCTION INDUSTRY PENSION PLAN, THE HEARTLAND REGIONAL COUNCIL OF CARPENTERS' AFFILIATE LOCAL UNION 444, and LOCAL UNION 1055 OF THE UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA,<br><br>        Plaintiffs,<br><br>        v.<br><br>ALLIED CONSTRUCTION SERVICES, INC.,<br><br>        Defendant. | CASE NO. 8:07CV346<br><br><br><br>ORDER OF DISMISSAL |

This matter is before the Court on the parties' Stipulation for Joint Dismissal with Prejudice. The stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and the Court finds that it should be approved. Accordingly,

IT IS ORDERED:

1. The parties' Stipulation for Joint Dismissal with Prejudice (Filing No. 40) is approved, and the relief requested therein is granted;

2. The Complaint and all claims in this action are dismissed with prejudice; and

3. The parties shall pay their own costs and attorneys' fees.

DATED this 23rd day of April, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge